| IP Address | P2PClient | HitDateUTC | File Name | ISP | State | City | County |
|---|---|---|---|---|---|---|---|
| 96.254.192.81 | µTorrent 3.2.3 | 01/05/2013 07:07:09 AM | [ www.UsaBit.com ] - The Thompsons 2012 STV DVDRip XviD-MARGiN | Verizon FiOS | Florida | Lithia | Hillsborough |

**EXHIBIT A**

Thompsons 2-26